IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALDEN A. THOMAS, SR., | ) | |
| Petitioner, | ) | No. C 09-4337 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| JOHN SALAZAR, Warden, et al., | ) | (Docket # 5) |
| Respondent(s). | ) | |

Petitioner seeks federal habeas review of the execution of a state sentence he claims he has served fully. Petitioner is incarcerated at Chuckawalla Valley State Prison in Blythe, County of Riverside, which lies in the Central District of California, Eastern Division. See 28 U.S.C. § 84(c)(1).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

Because the County of Riverside lies in the Central District of California, Eastern Division, the court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be transferred to the United States District Court for the Central District of California, Eastern Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: Oct. 28, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.09\Thomas, A1.transfer.wpd